UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IN RE: | | | | | | : | CASE NO: |
| | | | | | | : | |
| | | | | | | : | CHAPTER: |
| | | | | | | : | |
| | | | | | | : | |
| Debtor(s) | | | | | | : | |
| _____ | | | | | | : | |
| | | | | | | : | |
| | | | | | | : | |
| | | | | | | : | ADVERSARY NO: |
| | | | | | | : | |
| v. | | | | | | : | |
| | | | | | | : | |
| | | | | | | : | |
| | _____ | | | | | : | |

**NOTICE TO APPELLANT AND APPELLEE**

RE: NOTICE OF APPEAL FILED ON

NOTICE IS GIVEN that the Appellant shall within 14 days of the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee (include the corresponding docket number for each pleading listed);

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter(s) if the record designated includes a transcript of any proceeding or a part thereof.

NOTICE IS FURTHER GIVEN that within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal. Without a designation of the record, the record prepared by the Clerk will consist only of the notice of appeal, the judgment or decree appealed from, and any opinion, findings of fact and conclusions of law of the court (Bankruptcy rule 8009).

YOU SHOULD REDACT (REMOVE) PERSONAL INFORMATION from the documents and exhibits in the Designated Record. Include only the last four digits of any Social Security number, taxpayer-identification number, or financial account number. Include only an individual's year of birth or the initial of a minor or child (*See* Rule 9037 of the Federal Rules of Bankruptcy Procedure.)

M. REGINA THOMAS, CLERK

By: _____
        Justin Matott, Deputy Clerk